IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 1/R313 1092

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Joe Manuel Roybal,

    Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___ Initial Appearance    X Arraignment    ___ Sentencing    ___ Status

___ Administrative Review    ___ Show Proof    ___ Other (_____)

The location, date and time set for the hearing is:

___ 212 N. Wahsatch, Suite 101   ___ 901 19th Street, Rm. A-105   X 1929 Stout St.
    Colorado Springs, CO 80903       Denver, CO 80294                  Denver, CO 80294

Appearance date: 6-25-10, at 10:00 am (KMT)

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: Nancy M. Naves (?)
    Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 5/28/10       Name: JOE M. ROYBAL
                           (Please Print)
                     Address: 496 TROY ST.

Phone: 720/334/3714          AURORA, CO. 80011

Revised 3/17/09