# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 10-po-01112-MJW |
| JOE M. ROYBAL | Warren Williamson (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 2 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13; C.R.S. § 42-4-1305(2)(a)(II) | Open Alcoholic Beverage Container in Motor Vehicle | On or about March 1, 2010 | 2 |

Defendant is ordered to pay fine and fees of $80 immediately. No further conditions imposed.
Count 1 is dismissed on the motion of the defendant on August 24, 2010 by U.S. Magistrate Judge Watanabe.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** $85 | $10; $25 Processing fee | $50.00 |

August 27, 2010
Date of Imposition of Judgment

s/ Boyd N. Boland
Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge
Name & Title of Judicial Officer

August 30, 2010
Date